UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**FILED**

NOV - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

USDC Northern District of CA
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

RE:        USA vs.
USDC No.:  2:07-MJ-00342-DAD

CR 07-70634-WDB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated November 02, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

November 5, 2007          /s/ K. Yin
                          _____
                          Deputy Clerk

RECEIVED BY:   _____
               Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER:        _____

AO 94 (Rev. 8/97) Commitment to Another District

**FILED**

NOV 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| ANTONIO PAZ | |
| | Case No. MAG-07-342-DAD |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4-07-70634 | MAG-07-342-DAD | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of 18 U.S.C. § 1542

**DISTRICT OF OFFENSE**
Northern District of California, San Francisco Division

**DESCRIPTION OF CHARGES:**

False statement in an application for a Passport.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California

By _____ Deputy Clerk
Dated 11/5/07

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☐ No   X Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/2/07
Date

_Dale A. Drozd_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

ao94[1].wpd

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-00342-DAD All Defendants
### Internal Use Only

Case title: USA v. Paz

Date Filed: 11/02/2007
Date Terminated: 11/02/2007

Assigned to: Magistrate Judge Dale A. Drozd

**Defendant**

**Antonio Paz** (1)
*TERMINATED: 11/02/2007*
*also known as*
Victorio Tostado (1)
*TERMINATED: 11/02/2007*

represented by **Mary M. French**
Federal Public Defender's Office
801 I Street
3rd Floor
Sacramento, CA 95818
(916) 498-5700 x231
Fax: (916) 498-5710
Email: mary_french@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By_____
Deputy Clerk
Dated: 11/5/07

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                    represented by **Kyle Frederick Reardon**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2782
Email: kyle.reardon@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2007 | 1 | MINUTES for proceedings held before Judge Dale A. Drozd: INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS on Complaint from the Northern District of CA, Oakland, Division 4:07-70634 as to Antonio Paz held on 11/2/2007. Appearance entered by Kyle Frederick Reardon for USA, Appointed Mary M. French for Antonio Paz on behalf of defendant. Dft advised of rights/charges/penalties. Dft waived ID hearing and requested removal; Govt moved for detention on the basis of flight risk; defense submitted on detention; Court ORDERED dft detained and directed the USM to transport dft to the Northern Dist of CA forthwith. Added attorney Kyle Frederick Reardon for USA, Mary M. French for Antonio Paz. Antonio Paz terminated. Government Counsel Kyle Reardon present. Defense Counsel Mary French present. Custody Status: Present; In Custody. Court Reporter/CD Number: ECRO. Interpreter Yolanda Riley-Portal present. (Reader, L) (Entered: 11/05/2007) |
| 11/02/2007 | 2 | DETENTION ORDER as to Antonio Paz signed by Judge Dale A. Drozd on 11/2/07. (Yin, K) (Entered: 11/05/2007) |
| 11/02/2007 | 3 | COMMITMENT to ANOTHER DISTRICT as to Antonio Paz signed by Judge Dale A. Drozd on 11/2/07. Dft committed to the Northern District of CA. CASE CLOSED. (cc: USM-Priority) (Yin, K) Modified on 11/5/2007 (Yin, K). (Entered: 11/05/2007) |
| 11/05/2007 | 4 | TRANSMITTAL of DOCUMENTS re 3 Commitment to Another District on *11/2/2007* to * USDC Northern District of CA* *450 Golden Gate Ave.* *16th Floor* *San Francisco, CA 94102*. *Electronic Documents: 1 to 3. *. (Yin, K) (Entered: 11/05/2007) |