UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

Criminal Minutes

Before:      Honorable Dale A. Drozd           Deputy Clerk: Casey Schultz
Case No.:    Mag. 07-0342 DAD                  Date:   November 2, 2007
Asst. U.S. Atty.:  Kyle Reardon                Court Reporter: E.C.R.O.
Interpreter: Yolanda Riley-Portal

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

| | Appointed | Retained | Federal Defender | Name |
|---|---|---|---|---|
| | ___ | ___ | _X_ | 1. Mary French |
| ANTONIO PAZ, a.k.a. Victorio Tostado | ___ | ___ | ___ | 2. |
| | ___ | ___ | ___ | 3. |
| | ___ | ___ | ___ | 4. |
| Defendant(s). | | | | |

___ This District    _X_ The Northern District of California, Oakland Division    Case # 4-07-70634

___ Indictment    ___ Petty Offense    _X_ Complaint    ___ Superseding    ___ Probation Violation    ___ S. Information

Defendants:    _X_ Present    _X_ In Custody    ___ Not Appearing

_X_ True Name as charged    States True Name is:

_X_ Defendant Advised of Rights/Charges    ___ Bail Set $

Date of Guilty Plea or Verdict:  2/9/07

Hearing Set:    _X_ Initial Appearance    ___ Other ___

Preliminary Hearing:  at

Next Appearance:    at        For:

Results of Hearing:

2:06-2:11

Defendant present in court using the services of a Spanish interpreter. The Federal Defender's Office was appointed to represent the defendant for proceedings in this District. The defendant was advised of rights/charges/penalties. The defendant waived ID hearing and requested removal. The Government moved for detention on the basis of flight risk; defense submitted on detention. The Court ordered the defendant detained and directed the U.S. Marshal to transport the defendant to the Northern District of California forthwith.

___ Excludable Time ordered:    Starts: ___    Stops: ___    Total Days: ___

Code: ___